**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| FAT MONGOOSE TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROHDE & SCHWARZ USA, INC.<br><br>Defendant. | ) | Civil Action No.<br><br>1:26-cv-00877<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

AND NOW, comes Plaintiff Fat Mongoose Technologies, Inc. (**"Fat Mongoose"**), by and through legal counsel, files this Complaint, with any exhibit identified herein hereby incorporated herein by this reference, against Defendant Rohde & Schwarz USA, Inc. ("**Rohde & Schwarz**") alleging as follows:

## NATURE OF THE ACTION

1. Fat Mongoose brings this civil action, *inter alia,* seeking damages and injunctive relief arising out of Rohde & Schwarz's infringement of Fat Mongoose's U.S. Patent No. 10,085,159 (the "**'159 patent**") (attached as Exhibit A), U.S. Patent No. 10,225,748 (the "**'748 patent**") (attached as Exhibit B), and U.S. Patent No. 9,832,670 (the"**'670 patent**") (attached as Exhibit C).

## PARTIES

2. The Plaintiff, Fat Mongoose is a corporation organized under the laws of New Hampshire having a principal place of business at 14 Celina Avenue, Suite 1, Nashua, New Hampshire 03063. Plaintiff Fat Mongoose is a leading innovator in the field of systems for the optimization of wireless networks.

3. On information and belief, Defendant Rohde & Schwarz is a corporation organized under the laws of Delaware having a principal place of business at 6821 Benjamin Franklin Drive, Columbia, Maryland 21046.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*. This Court thereby has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. Since there is also diversity of citizenship between Plaintiff Fat Mongoose and Defendant Rohde & Schwarz and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court thereby has jurisdiction pursuant to 28 U.S.C. § 1332. Rohde & Schwarz has continuous, systematic, and substantial business contacts with the State of Maryland so that it is "at home" in the jurisdiction and so that personal jurisdiction and venue is appropriate.

## FACTUAL ALLEGATIONS

5. Karl D. Brommer, Brent J. Forman, and Jason A. Novak are the inventors named on the '159 patent. Fat Mongoose is the owner and assignee of the '159 patent. The '159 patent is entitled "Wireless Environment Optimization System" which was duly and legally issued on September 25, 2018. As noted above, a true and accurate copy of the '159 patent is attached as Exhibit A.

6. The '159 patent discloses a system for automatically probing a wireless

environment for obtaining information to optimize wireless networks operating in the wireless environment. This system includes a transmitter located within the wireless environment which is configured to automatically generate at least two waveforms having different characteristics corresponding to different wireless protocols. This automatic generation of waveforms is under the control of a stored program of parameters. A receiver is located in this wireless environment which is configured to establish which of the at least two waveforms provides an optimal link between the transmitter and the receiver and which also interferes least with background signals that include other signals or noise within the wireless environment. The receiver includes an analog to digital converter for converting incoming analog signals to digital form, a fast Fourier transform module for providing a measured environment waveform, a correlator for correlating the digital form of said incoming analog signal with a parameterized reference waveform derived from the stored program of parameters associated with a programming of said transmitter, and a central processing unit (CPU). A signal of interest and an orthogonality of interest with respect to background signals can thereby be determined from an output of the correlator.

7. The accused Rohde & Schwarz spectrum analyzers and oscilloscopes include each and every element of one or more claims of the ’159 patent, including at least claim 15 of the ’159 patent.

8. On information and belief, during the term of the ‘159 patent Defendant Rohde & Schwarz sold and offered for sale in the United States and imported into the United States without Plaintiff Fat Mongoose’s authorization the Defendant Rohde & Schwarz’s spectrum analyzers and oscilloscopes which included each and every element of one or more claims of the ’159 patent, including at least claim 15 of the ’159 patent.

9. On information and belief, Defendant Rohde & Schwarz without Plaintiff Fat

Mongoose's authorization also actively induced others to use its accused spectrum analyzer and oscilloscope which included each and every element of one or more claims of the '159 patent, including at least claim 15 of the '159 patent.

10. On information and belief, Defendant Rohde & Schwarz without Plaintiff Fat Mongoose's authorization also sold and offered to sell in the United States and imported into the United States components of its accused spectrum analyzer and oscilloscope constituting a material part of the invention which included each and every element of one or more claims of the '159 patent, including at least claim 15 of the '159 patent. On information and belief, Defendant Rohde & Schwarz knew that such components were specially made or especially adapted for use in an infringement of the '159 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use.

11. Independent claim 15 of the '159 patent recites: A system for automatically probing a wireless environment for obtaining information to optimize wireless networks operating in the wireless environment, comprising: a transmitter located within the wireless environment configured to automatically generate at least two waveforms having different characteristics corresponding to different wireless protocols, wherein the automatic generation is under the control of a stored program of parameters; and a receiver located in said wireless environment configured to establish which of the at least two waveforms provides an optimal link between the transmitter and the receiver and which also interferes least with background signals that include other signals or noise within the wireless environment, wherein the receiver includes: an analog to digital converter for converting incoming analog signals to digital form; a fast Fourier transform module for providing a measured environment waveform; a correlator for correlating the digital form of said incoming analog signal with a parameterized reference

waveform derived from the stored program of parameters associated with a programming of said transmitter; and a CPU for determining from an output of said correlator a signal of interest and an orthogonality of said signal of interest with respect to the background signals.

12. A claim chart comparing claim 15 of the '159 patent against the accused Rohde & Schwarz spectrum analyzer is as follows.

| | |
|---|---|
| **15.** (1) A system for automatically probing a wireless environment for obtaining information to optimize wireless networks operating in the wireless environment, comprising: a transmitter located within the wireless environment configured to automatically generate at least two waveforms having different characteristics corresponding to different wireless protocols, wherein the automatic generation is under the control of a stored program of parameters; and | (1) On page 9 of the below cited Rohde & Schwarz (R&S) reference it is stated that "For example, simultaneously acquiring CAN bus or automotive Ethernet signals together with radar signals is particularly helpful during the development and debugging of automotive radar modules. The transmitter would be two signal generators made by (R&S) or a digital recording of two signals transmitted by a single signal generator or two signal sources as indicated by the left box in Figure 14 in the brochure, copied and annotated below.<br>Source: "RF SIGNAL ANALYSIS WITH ROHDE & SCHWARZ SPECTRUM ANALYZERS AND OSCILLOSCOPES" RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.<br>URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_common_library/dl_brochures_and_datasheets/pdf_1/RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.pdf<br> |

(2) a receiver located in said wireless environment configured to establish which of the at least two waveforms provides an optimal link between the transmitter and the receiver and which also interferes least with background signals that include other signals or noise within the wireless environment,

(2) The R&S oscilloscopes and analyzers contain a radio receiver for establishing this link as shown in Fig. 14 on page 9 of the reference cited above. The receiver would establish which of the two waveforms establishes the optimal link. Text describing simutaneous signal reception is also reproduced and pasted below

Source: "RF SIGNAL ANALYSIS WITH ROHDE & SCHWARZ SPECTRUM ANALYZERS AND OSCILLOSCOPES" RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.

URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_common_library/dl_brochures_and_datasheets/pdf_1/RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.pdf

Fig. 14: Multi-domain capabilities of Rohde & Schwarz oscilloscopes

(3a) wherein the receiver includes: an analog to digital converter for converting incoming analog signals to digital form;

(3a) The first reference below shows on page 7 that R&S oscilloscopes are digital and have A/D converters. The second reference below does the same for spectrum analyzers.

Source: "RF SIGNAL ANALYSIS WITH ROHDE & SCHWARZ SPECTRUM ANALYZERS AND OSCILLOSCOPES" RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.

URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_common_library/dl_brochures_and_datasheets/pdf_1/RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.pdf

(3b) a fast Fourier transform module for providing a measured environment waveform;

(3b) Page 9 of the following reference cited below also describes the use of Fast Fourier transforms in R&S oscilloscopes

Source: "RF SIGNAL ANALYSIS WITH ROHDE & SCHWARZ SPECTRUM ANALYZERS AND OSCILLOSCOPES" RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.

URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_common_library/dl_brochures_and_datasheets/pdf_1/RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.pdf

The same approach can be applied when debugging the electromagnetic interference (EMI) behavior of electronic designs. For this purpose, Rohde & Schwarz oscilloscopes provide dedicated near-field probes that can be used in conjunction with the FFT and trigger capabilities.

Fig. 15: Time and frequency domain measurements of UWB signal.

(3c) a correlator for correlating the digital form of said incoming analog signal with a parameterized reference waveform derived from the stored program of parameters associated with a programming of said transmitter;

(3c) On page 9 of the first reference below the existence of the correlator is described as follows., "Therefore, it is possible to correlate the acquired RF signals with other signals, such as the supply voltage or digital bus signals, since the time-alignment between all these measurements is constantly ensured." Figure 9 on page 7 of the same manual shows a correlation technique.
Source: "RF SIGNAL ANALYSIS WITH ROHDE & SCHWARZ SPECTRUM ANALYZERS AND OSCILLOSCOPES" RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.

URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_common_library/dl_brochures_and_datasheets/pdf_1/RF-signal-analysis-with_app-bro_en_3609-9057-92_v0100.pdf

Fig. 9: Analysis of retransmitted echo in relation to the original pulse with the R&S®RTP onboard-tools. Changes over time can be tracked in both time and frequency domain.

User Manuals for typical R&S oscilloscopes, such as the RTC1000 show the digital commands necessary to implement correlation as described in our patent.

Sources: Rohde & Schwartz R&S®RTC1000 User Manual
[https://www.rohde-schwarz.com/us/manual/r-s-rtc1000-user-manual-manuals_78701-508163.html](https://www.rohde-schwarz.com/us/manual/r-s-rtc1000-user-manual-manuals_78701-508163.html)

**Waveform maths**

| Quick math | number of math waveforms | 1 |
|---|---|---|
| | functions | addition, subtraction, multiplication, division |
| | sources | channel 1, channel 2 |
| Mathematics | number of formula sets | 5 |
| | number of equations per set | 5 |
| | simultaneous display of math waveforms | 4 |
| | functions | addition, subtraction, multiplication, division, min./max., square, square root, absolute value, pos./neg. wave, reciprocal, inverse, log10/ln, derivation, integration, filter (lowpass/highpass) |
| | sources | channel 1, channel 2, math, user defined constants |

**Frequency analysis (FFT)**

| Setup parameters | | center frequency, frequency span, vertical scale, vertical position |
|---|---|---|
| Length | | 2 ksample to 128 ksample |
| Window | | Hanning, Hamming, Blackman, rectangular, flat top |
| Waveform arithmetic | | none, envelope, average (selectable 2 to 512) |
| Scale | | dBm, dBV, $V_{eff}$ |
| Cursor | | 2 horizontal cursors, previous/next peak search |
| Sources | | channel 1, channel 2 |

**Reference signals**

| Simultaneous display of reference waveforms | | 4 |
|---|---|---|
| Sources | | analog and digital channels, math, reference |

| Claim element | Accused instrumentality |
|---|---|
| (3d) and<br>a CPU for determining from an output of said correlator a signal of interest and an orthogonality of said signal of interest with respect to the background signals. | (3d) R&S incorporates a CPU in all oscilloscopes and spectrum analyzers to run signal analysis software. In the functional block diagram in Figure 3 from the R&S Oscilloscope Fundaments Primer, it is labeled as "acquisition processing" and "post-processing."<br>Source: Rohde & Schwartz Oscilloscope Fundamentals Primer https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_common_library/dl_brochures_and_datasheets/pdf_1/Oscilloscope-Fundamentals_bro_en_3608-2720-62_v0200.pdf |

Fig. 3: The vertical system

13. Karl D. Brommer, Brent J. Forman, and Jason A. Novak are the inventors named on the '748 patent. Fat Mongoose is the owner and assignee of the '748 patent. The '748 patent is entitled "Beacon for Wireless Environment Optimization System" which was duly and legally issued on August 22, 2016. As noted above, a true and accurate copy of the '748 patent is attached as Exhibit B.

14. The '748 patent discloses a beacon which includes a multiplexer positioned to receive an input and an amplifier which is in communication with the multiplexer. There is also an attenuator in communication with the amplifier and an antenna switch which is in

communication with the attenuator and connected to a plurality of antennas which thereby controls which of the antennas is active. There is also a processor in communication with the multiplexer, the attenuator, and the antenna switch, and a memory device in communication with the processor. The processor varies the output of the multiplexer, the attenuator, and the antenna switch to transmit a variety of signals in a predetermined pattern stored in the memory device.

15. The accused Rohde & Schwarz spectrum analyzers and oscilloscopes include each and every element of one or more claims of the ’748 patent, including at least claim 1 of the ’748 patent.

16. On information and belief, during the term of the ‘748 patent Defendant Rohde & Schwarz sold and offered for sale in the United States and imported into the United States without Plaintiff Fat Mongoose’s authorization the Defendant Rohde & Schwarz’s spectrum analyzers and oscilloscopes which included each and every element of one or more claims of the ’748 patent, including at least claim 1 of the ’748 patent.

17. On information and belief, Defendant Rohde & Schwarz without Plaintiff Fat Mongoose’s authorization also actively induced others to use its accused spectrum analyzer and oscilloscope which included each and every element of one or more claims of the ’748 patent, including at least claim 1 of the ’748 patent.

18. On information and belief, Defendant Rohde & Schwarz without Plaintiff Fat Mongoose’s authorization also sold and offered to sell in the United States and imported into the United States components of its accused spectrum analyzer and oscilloscope constituting a material part of the invention which included each and every element of one or more claims of the ’748 patent, including at least claim 1 of the ’748 patent. On information and belief,

Defendant Rohde & Schwarz knew that such components were specially made or especially adapted for use in an infringement of the ‘748 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use.

19. Independent claim 1 of the ’748 patent recites: A beacon comprising: a multiplexer positioned to receive an input; an amplifier in communication with the multiplexer; an attenuator in communication with the amplifier; an antenna switch in communication with the attenuator and connected to a plurality of antennas, thereby controlling which of the antennas is active; a processor in communication with the multiplexer, the attenuator, and the antenna switch; and a memory device in communication with the processor, wherein the processor varies the output of the multiplexer, the attenuator, and the antenna switch to transmit a variety of signals in a predetermined pattern stored in the memory device.

20. A claim chart comparing claim 1 of the ‘748 patent against the accused Rohde & Schwarz spectrum analyzer is as follows.

| **1.** A beacon comprising:<br>(1) a multiplexer positioned to receive an input; | (1) See Multi-Channel Signal Generation Applications with R&S®SMW200A – Section 5.4.2.2, page 50 shows a multiplexer positioned to receive eight internal inputs to be routed to separate outputs.<br>Source: “Multi-Channel Signal Generation Applications with R&S®SMW200A – Overview Application Note” 1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf.<br>URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_application/application_notes/1gp106/1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf |
|---|---|

| | |
|---|---|
| (2) an amplifier in communication with the multiplexer; | (2) Page 47 of the same reference shows an amplifier and indicates in the text on page 48 that the product meets the specifications shown in this figure<br>Source: “Multi-Channel Signal Generation Applications with R&S®SMW200A – Overview Application Note” 1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf.<br>URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_application/application_notes/1gp106/1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf<br>Generation chain of a vector signal generator (VSG) |
| (3) an attenuator in communication with the amplifier; | (3) Page 47 also shows the attenuator<br>.<br>Generation chain of a vector signal generator (VSG)<br>Source: “Multi-Channel Signal Generation Applications with R&S®SMW200A – Overview Application Note” 1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf.<br>URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_application/application_notes/1gp106/1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf |
| (4) an antenna switch in communication with the attenuator and connected to a plurality of antennas, thereby controlling which of the antennas is active; | (4) Because the multiplexer on page 50 is bidirectional, it also functions as an antenna switch<br>.<br>5.4.2.2 SMW System Configuration<br>System configuration settings: 8 x 1 x 1 coupled sources<br>IQ stream mapper: all streams routed to separate outputs<br>Source: “Multi-Channel Signal Generation Applications with R&S®SMW200A – Overview Application Note” 1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf. |

| | |
|---|---|
| | URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/dl_application/application_notes/1gp106/1GP106_3E_Multi-Channel_SigGen_Applications_with_SMW.pdf |
| (5) a processor in communication with the multiplexer, the attenuator, and the antenna switch; and | (5) See. R&S®SMW200A VECTOR SIGNAL GENERATOR The fine art of signal generation Page 16 indicates that the modules are controlled by a computer running the Linux operating system.   Source: "R&S®SMW200A VECTOR SIGNAL GENERATOR The fine art of signal generation. 3606_8037_12/SMW200A_bro_en_3606-8037-12_v1000.pdf URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/pdm/cl_brochures_and_datasheets/product_brochure/3606_8037_12/SMW200A_bro_en_3606-8037-12_v1000.pdf |
| (6) a memory device in communication with the processor, wherein the processor varies the output of the multiplexer, the attenuator, and the antenna switch to transmit a variety of signals in a predetermined pattern stored in the memory device. . | (6) See. R&S®SMW200A VECTOR SIGNAL GENERATOR The fine art of signal generation Page 16 indicates that the waveforms may be transmitted in a variety of patterns |



Source: "R&S®SMW200A VECTOR SIGNAL GENERATOR The fine art of signal generation. 3606_8037_12/SMW200A_bro_en_3606-8037-12_v1000.pdf URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/pdm/cl_brochures_and_datasheets/product_brochure/3606_8037_12/SMW200A_bro_en_3606-8037-12_v1000.pdf

21. Karl D. Brommer, Brent J. Forman, and Jason A. Novak are the inventors named on the '670 patent. Fat Mongoose is the owner and assignee of the '670 patent. The '670 patent is entitled "Spectrum Analyzing Receiver for Wireless Environment Optimization System" which was duly and legally issued on September 13, 2016. As noted above, a true and accurate copy of the '670 patent is attached as Exhibit C.

22. The '670 patent discloses a correlating wideband mixed-signal spectrum analyzer which comprises a wideband receiver for detecting signals in a mixed-signal environment. This receiver includes a correlator for automatically correlating signals in the mixed-signal environment against a number of different waveforms such that incoming signals are automatically correlated against said waveforms. The number of waveforms against which

incoming signals are to be correlated is large in number. The waveforms also include a large number of waveforms having different characteristics corresponding to different wireless protocols.

23. The accused Rohde & Schwarz spectrum analyzers and oscilloscopes include each and every element of one or more claims of the ’670 patent, including at least claim 1 of the ’670 patent.

24. On information and belief, during the term of the ‘670 patent Defendant Rohde & Schwarz sold and offered for sale in the United States and imported into the United States without Plaintiff Fat Mongoose’s authorization the Defendant Rohde & Schwarz’s spectrum analyzers and oscilloscopes which included each and every element of one or more claims of the ’670 patent, including at least claim 1 of the ’670 patent.

25. On information and belief, Defendant Rohde & Schwarz without Plaintiff Fat Mongoose’s authorization also actively induced others to use its accused spectrum analyzer and oscilloscope which included each and every element of one or more claims of the ’670 patent, including at least claim 1 of the ’670 patent.

26. On information and belief, Defendant Rohde & Schwarz without Plaintiff Fat Mongoose’s authorization also sold and offered to sell in the United States and imported into the United States components of its accused spectrum analyzer and oscilloscope constituting a material part of the invention which included each and every element of one or more claims of the ’670 patent, including at least claim 1 of the ’670 patent. On information and belief, Defendant Rohde & Schwarz knew that such components were specially made or especially adapted for use in an infringement of the ‘670 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use.

27. Independent claim 1 of the ’670 patent recites: A correlating wideband mixed-signal spectrum analyzer, comprising: a wideband receiver for detecting signals in a mixed-signal environment, said receiver including a correlator for automatically correlating signals in said mixed-signal environment against a number of different waveforms such that incoming signals are automatically correlated against said waveforms, wherein the number of waveforms against which incoming signals are to be correlated is large in number, and in which the waveforms include a large number of waveforms having different characteristics corresponding to different wireless protocols.

28. A claim chart comparing claim 1 of the ‘670 patent against the accused Rohde & Schwarz spectrum analyzer is as follows.

<table>
<tr>
<td>1. A correlating wideband mixed-signal spectrum analyzer, comprising:<br>(1) a wideband receiver for detecting signals in a mixed-signal environment, said receiver including;</td>
<td>(1) See R&S®FSMR3000 MEASURING RECEIVER Specifications page 6 indicating a phase modulation rate up to 5 MHz. That is considered wideband.<br>Source: “R&S®FSMR3000 MEASURING RECEIVER Specifications” Version 04.00, March 2024 3608_5741_22/FSMR3000_specs_en_3608-5741-22_v0400.pdf.<br>URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/pdm/cl_brochures_and_datasheets/specifications/3608_5741_22/FSMR3000_specs_en_3608-5741-22_v0400.pdf<br><br><br>Phase modulation (PM)
<table>
<tr><td>Modulation rate</td><td>100 kHz ≤ RF < 10 MHz</td><td>10 Hz to 10 kHz</td></tr>
<tr><td></td><td>10 MHz ≤ RF ≤ 50 GHz</td><td>10 Hz to 5 MHz</td></tr>
<tr><td>Phase deviation</td><td></td><td></td></tr>
<tr><td>Maximum PM deviation (peak)</td><td></td><td>10 000 rad,<br>16 MHz / AF,<br>(0.3 × demodulation bandwidth) / AF,<br>whichever is smaller</td></tr>
<tr><td>Phase deviation uncertainty</td><td>AF ≤ 1 MHz and<br>AF × (phase deviation + 1) ≤ 0.3 × demodulation bandwidth</td><td>< 0.5 % of reading + 0.002 rad</td></tr>
<tr><td>Inherent harmonic distortion</td><td>deviation ≤ 10 rad</td><td></td></tr>
<tr><td></td><td>10 Hz ≤ AF ≤ 100 kHz</td><td>< 0.1 %</td></tr>
<tr><td></td><td>100 kHz < AF ≤ 1 MHz</td><td>< 0.5 %</td></tr>
<tr><td>AM rejection (incidental PM)</td><td>AF ≤ 1 kHz, highpass: 300 Hz,<br>lowpass: 3 kHz, modulation depth < 50 %</td><td>< 0.02 rad</td></tr>
</table>
</td>
</tr>
<tr>
<td>(2) a correlator for automatically correlating signals in said mixed-signal environment against a number of different waveforms such that incoming signals are automatically correlated against said waveforms, wherein the number of waveforms against which incoming signals are to be correlated is large in number, and in which the waveforms include a large number of waveforms having different characteristics corresponding to different wireless protocols;</td>
<td>(2) See R&S®FSMR3000 MEASURING RECEIVER Specifications page 22 indicating cross correlation options. The software can be programmed to sequence a correlator through stored replicas.<br>Source: “R&S®FSMR3000 MEASURING RECEIVER Specifications” Version 04.00, March 2024 3608_5741_22/FSMR3000_specs_en_3608-5741-22_v0400.pdf.<br>URL: https://scdn.rohde-schwarz.com/ur/pws/dl_downloads/pdm/cl_brochures_and_datasheets/specifications/3608_5741_22/FSMR3000_specs_en_3608-5741-22_v0400.pdf</td>
</tr>
</table>



Options

| Designation | Type | Order No. | Retro fittable | Remarks |
|---|---|---|---|---|
| Spectrum analyzer, 2 Hz to 8 GHz | R&S®FSMR3-B1 | 1345.3050.08 | no | for R&S®FSMR3008, ex factory |
| Spectrum analyzer, 2 Hz to 26 GHz | R&S®FSMR3-B1 | 1345.3050.26 | no | for R&S®FSMR3026, ex factory |
| Spectrum analyzer, 2 Hz to 50 GHz | R&S®FSMR3-B1 | 1345.3050.50 | no | for R&S®FSMR3050, ex factory |
| Audio input and analysis | R&S®FSMR3-B3 | 1345.3066.02 | yes | contact service center |
| OCXO, precision frequency reference | R&S®FSMR3-B4 | 1345.3072.02 | yes | user-retrofittable |
| Resolution bandwidth up to 80 MHz | R&S®FSMR3-B8 | 1345.3166.26 | no | for R&S®FSMR3008 and R&S®FSMR3026, R&S®FSMR3-B1 option required |
| Resolution bandwidth up to 80 MHz | R&S®FSMR3-B8 | 1345.3166.50 | no | for R&S®FSMR3050, R&S®FSMR3-B1 option required; contact service center |
| Resolution bandwidth up to 40 MHz | R&S®FSMR3-B8E | 1345.3372.02 | yes | R&S®FSMR3-B1 option required user-retrofittable |
| External generator control | R&S®FSMR3-B10 | 1345.3089.02 | yes | contact service center |
| Highpass filter | R&S®FSMR3-B13 | 1345.3395.02 | yes | user-retrofittable |
| Spare solid-state drive (removable hard drive) | R&S®FSMR3-B18 | 1345.3095.02 | yes | user-retrofittable |
| RF preamplifier, 100 kHz to 8 GHz | R&S®FSMR3-B24 | 1345.3108.08 | yes | |
| RF preamplifier, 100 kHz to 26.5 GHz | R&S®FSMR3-B24 | 1345.3108.26 | yes | |
| RF preamplifier, 100 kHz to 50 GHz | R&S®FSMR3-B24 | 1345.3108.49 | yes | no export license required |
| RF preamplifier, 100 kHz to 50 GHz | R&S®FSMR3-B24 | 1345.3108.50 | yes | export license required |
| Phase noise analyzer with cross correlation, 1 MHz to 8 GHz | R&S®FSMR3-B60 | 1345.3114.08 | yes | for R&S®FSMR3008, ex factory; includes R&S®FSMR3-B4, excludes R&S®FSMR3-K40 |
| Phase noise analyzer with cross correlation, 1 MHz to 26 GHz | R&S®FSMR3-B60 | 1345.3114.26 | yes | for R&S®FSMR3026, ex factory; includes R&S®FSMR3-B4, excludes R&S®FSMR3-K40 |
| Phase noise analyzer with cross correlation, 1 MHz to 50 GHz | R&S®FSMR3-B60 | 1345.3114.50 | yes | for R&S®FSMR3050, ex factory; includes R&S®FSMR3-B4, excludes R&S®FSMR3-K40 |
| LO inputs for residual phase noise measurements | R&S®FSMR3-B65 | 1345.3120.02 | yes | R&S®FSMR3-B60 option required |
| 80 MHz analysis bandwidth | R&S®FSMR3-B80 | 1345.3608.02 | yes | user-retrofittable, required for FM and PM measurements with demodulation bandwidths > 10 MHz |

The figure on the R&S web page entitled "Secure waveform development and test" shows how R&S instruments like the example cited above are programmed in MATLAB, Labview, Python or R&S proprietary language to perform functions like sequencing through a large number of waveforms.
Source "Secure waveform development and test" webpage at R&S.
URL https://www.rohde-schwarz.com/us/solutions/aerospace-and-defense/land/military-communication-testing/secure-waveform-development-and-test/secure-waveform-development-and-test_254280.html

.

## COUNT I:

## INFRINGEMENT OF U.S. PATENT NO. 10,085,159 BY ROHDE & SCHWARZ

29. Plaintiff Fat Mongoose incorporates all paragraphs herein by reference.

30. Defendant Rohde & Schwarz directly infringed one or more claims of the '159 patent, including for example (but not limited to) at least claim 15 of the'159 patent by selling and offering for sale in the United States and/or importing into the United States its accused spectrum analyzer and oscilloscope without Fat Mongoose's authorization in violation of 35 U.S.C. §271(a). Defendant Rohde & Schwarz also actively induced others to use its accused spectrum analyzer

and oscilloscope without Fat Mongoose's authorization in violation of 35 U.S.C. §271(b). Defendant Rohde & Schwarz also sold and offered to sell in the United States and imported into the United States components of its accused spectrum analyzer and oscilloscope constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of the '159 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use without Fat Mongoose's authorization in violation of 35 U.S.C. §271(c). To the extent that it may currently lack full evidentiary support for these conclusions, Plaintiff Fat Mongoose contends that it will likely have full evidentiary support after a reasonable opportunity for further investigation or discovery.

**COUNT II:**

**INFRINGEMENT OF U.S. PATENT NO. 10,225,748 BY ROHDE & SCHWARZ**

31. Plaintiff Fat Mongoose incorporates all paragraphs herein by reference.

32. Defendant Rohde & Schwarz directly infringed one or more claims of the '748 patent, including for example (but not limited to) at least claim 1 of the'748 patent by selling and offering for sale in the United States and/or importing into the United States its accused spectrum analyzer and oscilloscope without Fat Mongoose's authorization in violation of 35 U.S.C. §271(a). Defendant Rohde & Schwarz also actively induced others to use its accused spectrum analyzer and oscilloscope without Fat Mongoose's authorization in violation of 35 U.S.C. §271(b). Defendant Rohde & Schwarz also sold and offered to sell in the United States and imported into the United States components of its accused spectrum analyzer and oscilloscope constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of the '159 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use without Fat Mongoose's authorization in violation of 35 U.S.C. §271(c). To the extent that it may currently lack full

evidentiary support for these conclusions, Plaintiff Fat Mongoose contends that it will likely have full evidentiary support after a reasonable opportunity for further investigation or discovery.

**COUNT III:**

**INFRINGEMENT OF U.S. PATENT NO. 9,832,670 BY ROHDE & SCHWARZ**

33. Plaintiff Fat Mongoose incorporates all paragraphs herein by reference.

34. Defendant Rohde & Schwarz directly infringed one or more claims of the '670 patent, including for example (but not limited to) at least claim 1 of the'670 patent by selling and offering for sale in the United States and/or importing into the United States its accused spectrum analyzer and oscilloscope without Fat Mongoose's authorization in violation of 35 U.S.C. §271(a). Defendant Rohde & Schwarz also actively induced others to use its accused spectrum analyzer and oscilloscope without Fat Mongoose's authorization in violation of 35 U.S.C. §271(b). Defendant Rohde & Schwarz also sold and offered to sell in the United States and imported into the United States components of its accused spectrum analyzer and oscilloscope constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in an infringement of the '670 patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use without Fat Mongoose's authorization in violation of 35 U.S.C. §271(c). To the extent that it may currently lack full evidentiary support for these conclusions, Plaintiff Fat Mongoose contends that it will likely have full evidentiary support after a reasonable opportunity for further investigation or discovery.

WHEREFORE, Plaintiff Fat Mongoose prays for the relief generally separately set forth below and for such compensatory, incidental, punitive, statutory and all other damages provided by law in an amount not less than ONE HUNDRED AND THIRTY-SIX MILLION ($136,000,000) dollars.

## RELIEF REQUESTED

Plaintiff Fat Mongoose demands trial by jury on all issues so triable.

WHEREFORE, Plaintiff Fat Mongoose prays for judgment and relief including:

(A)  Judgment that Defendant Rohde & Schwarz has been and is infringing one or more of the claims of the '159 patent, the '748 patent, and the '670 patent pursuant to 35 U.S.C. §§ 271(a), (b) and (c);

(B)  A permanent injunction enjoining Defendant Rohde & Schwarz and its officers, agents, servants, employees, attorneys, related business entities and those in active concert or participation with it from further infringement of the '159 patent, the '748 patent, and the '670 patent;

(C)  An award of all damages adequate to compensate Plaintiff Fat Mongoose for Defendant Rohde & Schwarz's infringement of the '159 patent, the '748 patent, and the '670 patent and in no event less than a reasonable royalty for Defendant Rohde & Schwarz's acts of infringement, including all pre-judgment and post-judgment interest at the maximum rate permitted by law;

(D)  An award of all damages permitted by law, including, nominal, incidental, compensatory, punitive, and statutory in an amount not less than ONE HUNDRED AND THIRTY-SIX MILLION ($136,000,000) dollars;

(E)  An assessment of costs, including reasonable attorney fees pursuant to 35 U.S.C.

§ 285;

(F) Such other and further relief as this Court may deem just and proper.

**PENNINGTON OLIAK PLLC**

*s/Edward A. Pennington*
Edward A. Pennington
Maryland Bar No. 29080)
Beth A. Oliak (*pro hac vice motion to be filed*)
1055 Thomas Jefferson Street, NW
Suite L35
Washington, D.C. 20007
202.897.2725 f.202.838.8245
epennington@pennoliak.com
oliakb@pennoliak.com

*Attorneys for Plaintiff*